# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP, | CV F   03-5830 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE COPY OF TRANSCRIPTS |
| v. | |
| R.A. CASTRO, WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on June 12, 2003 and the case is ready for review on the merits. However, in reviewing Respondent's answer portions of the Reporter's Transcript are cited, but we not provided to the Court. Therefore, within **ten (10)** days from the date of service of this order, Respondent shall submit a complete set of the Reporter's Transcripts.

IT IS SO ORDERED.

**Dated:   June 3, 2005**          /s/ Dennis L. Beck
3b142a          UNITED STATES MAGISTRATE JUDGE

1