# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.A. CASTRO, WARDEN,<br><br>　　　　　Respondent.<br>_____/ | CV F   03-5830 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING PETITIONER'S PROSECUTORIAL MISCONDUCT CLAIM |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　The instant petition is ready for review on the merits.  In Claim One of the petition, Petitioner argues that the prosecutor engaged in misconduct by requesting various witnesses, including Petitioner, to comment on the veracity of other witnesses.  In response to Petitioner's claim, Respondent argues that state appellate court found that Petitioner waived the issue or, alternatively, that counsel was not ineffective for failing to object to the questioning.  Neither basis provides sufficient grounds for this Court to determine whether the state courts' determination of this claim was contrary to or an unreasonable application of Supreme Court precedent.

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Respondent shall provide further briefing on this issue including, but not limited to, any resulting prejudice from the prosecutor's questioning; and

2. Within **twenty (20)** days from the date Respondent files its supplemental briefing, Petitioner may file a supplemental traverse.

IT IS SO ORDERED.

Dated:   **July 27, 2005**                         **/s/ Dennis L. Beck**
3b142a                                            UNITED STATES MAGISTRATE JUDGE