# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP, | CV F  03-5830 AWI DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| v. | [Doc. 24] |
| R.A. CASTRO, WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's request for an extension of time to file a response to Respondent's supplemental briefing, filed August 29, 2005.

Good cause having been demonstrated, Petitioner's request is GRANTED and within thirty days from the date of service of this order, Petitioner may file a response to Respondent's supplemental briefing.

IT IS SO ORDERED.

Dated:   August 31, 2005                    /s/ Dennis L. Beck
ah0l4d                                       UNITED STATES MAGISTRATE JUDGE

1