# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.A. CASTRO, WARDEN,<br><br>　　　　　Respondent.<br>　　　　　　　　　　　　　　　　　／ | CV F   03-5830 DLB HC<br><br>ORDER VACATING COURT'S ORDER OF NOVEMBER 9, 2005, AND DISREGARDING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>[Docs. 29, 30] |

　　　　On October 20, 2005, the undersigned denied the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Judgment was entered this same date.

　　　　On November 4, 2005, Petitioner filed a request for an extension of time to file an opposition to Respondent's motion to dismiss.

　　　　On November 9, 2005, the Court issued an order disregarding Petitioner's request. Due to a clerical error in the Court's November 9, 2005, order, it is HEREBY VACATED.

　　　　Petitioner is advised that there is no pending motion to dismiss and therefore his request is DISREGARDED.[1]

　　　　IT IS SO ORDERED.

　　**Dated:　November 14, 2005**　　　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is advised that a notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A).