# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>R.A. CASTRO, WARDEN,<br><br>　　　　　Respondent.<br>_____/ | CV F   03-5830 DLB HC<br><br>ORDER DISREGARDING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>[Doc. 32] |

　　　On October 20, 2005, the undersigned denied the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.[1]  Judgment was entered this same date.

　　　On November 4, 2005, Petitioner filed a request for an extension of time to file an opposition to Respondent's motion to dismiss.  On November 16, 2005, the Court disregarded Petitioner's request as there was no motion to dismiss pending in the case.

　　　On November 21, 2005, Petitioner filed a request for an extension of time to file objections to the Findings and Recommendations.  Petitioner is advised that because both parties consented to Magistrate Judge jurisdiction, the Court's order of October 20, 2005, was the final order disposing of the case.  Accordingly, Petitioner's request for an extension of time to file objections to the Findings and Recommendations is DISREGARDED.

　　　IT IS SO ORDERED.

　　**Dated:　November 22, 2005**　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented to the jurisdiction of the United States Magistrate Judge.  (Court Docs. 5, 10, 12.)

1