# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BISHOP,<br><br>    Petitioner,<br><br>    v.<br><br>R.A. CASTRO, WARDEN,<br><br>    Respondent._____/ | CV F   03-5830 DLB HC<br><br>ORDER STRIKING PETITIONER'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS FROM RECORD<br><br>[Doc. 34] |

On October 20, 2005, the undersigned issued an order denying Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.[1]  (Court Doc. 27.)  Judgement was entered this same date.  (Court Doc. 28.)

On November 4, 2005, Petitioner filed a request for an extension of time to file an opposition to Respondent's motion to dismiss.  (Court Doc. 29.)  On November 16, 2005, the Court issued an order disregarding Petitioner's request as there was no pending motion to dismiss.  In that order, the Court noted that a notice of appeal from the Court's order was due within thirty days from the date of entry of judgment.  (Court Doc. 31, at n.1.)

On November 21, 2005, Petitioner filed a motion for an extension of time to file objections to the Findings and Recommendations.  (Court Doc. 32.)  On November 23, 2005, the Court issued an order disregarding Petitioner's request for an extension of time as the Court's

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  (Court Docs. 5, 10, 12.)

1  October 20, 2005, was not a recommendation, but rather a final order disposing of the case.
2  (Court Doc. 33.)
3      On December 6, 2005, Petitioner filed objections to the Court's October 20, 2005, order.
4  As Petitioner has previously been advised, because both parties consented to Magistrate Judge
5  jurisdiction the Court's October 20, 2005, was not a recommendation, but rather a final order
6  disposing of case.  Accordingly, Petitioner's objections are ORDERED STRICKEN from the
7  record.
8      IT IS SO ORDERED.
9      **Dated:   December 12, 2005**                    **/s/ Dennis L. Beck**
   3b142a                                                    UNITED STATES MAGISTRATE JUDGE