1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| RONALD JAMES BISHOP, | CV F   03-5830 DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY |
| v. | [Doc. 36] |
| R.A. CASTRO, WARDEN, | |
| Respondent. | |

10

11

12

13

14

15

16

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

17

18

On October 20, 2005, the undersigned denied the instant petition for writ of habeas corpus and judgment was entered in favor of Respondent.

19

20

On January 6, 2006, Petitioner filed a notice of appeal, along with a request for a certificate of appealability.

21

22

The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

23

24

25

(a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

26

27

(b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial

28

1

1    a person charged with a criminal offense against the United States, or to test the
2    validity of such person's detention pending removal proceedings.

3        (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an
               appeal may not be taken to the court of appeals from–

4

5                   (A) the final order in a habeas corpus proceeding in which the
                    detention complained of arises out of process issued by a State
6                   court; or

7                   (B) the final order in a proceeding under section 2255.

8               (2) A certificate of appealability may issue under paragraph (1) only if the
                applicant has made a substantial showing of the denial of a constitutional right.
9

10              (3) The certificate of appealability under paragraph (1) shall indicate which
                specific issue or issues satisfy the showing required by paragraph (2).

11
         If a court denies a petitioner's petition, the court may only issue a certificate of
12

13   appealability "if jurists of reason could disagree with the district court's resolution of his

14   constitutional claims or that jurists could conclude the issues presented are adequate to deserve

15   encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S.

16   473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must

17   demonstrate "something more than the absence of frivolity or the existence of mere good faith on

18   his . . . part." Miller-El, 123 S.Ct. at 1040.

19       In the present case, the Court finds that reasonable jurists would not find the Court's

20   determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

21   deserving of encouragement to proceed further.  Petitioner has not made the required substantial

22

23   showing of the denial of a constitutional right.  Accordingly, the Court hereby DENIES

24   Petitioner's motion for certificate of appealability.

25       IT IS SO ORDERED.

26
         Dated:   January 24, 2006                  /s/ Dennis L. Beck
27   3b142a                                  UNITED STATES MAGISTRATE JUDGE

28

                                        2